| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/29/10 | 200 | Robert S. Thomas II<br>One South Main Street<br>2nd Floor<br>Akron, OH 44308<br>&lt;2200-00 Trustee Expenses&gt; | 64.04 | 64.04 | 64.04 | 0.00 | 0.00 |
| | 04/29/10 | 200 | Robert S. Thomas II<br>One South Main Street<br>2nd Floor<br>Akron, OH 44308<br>&lt;2100-00 Trustee Compensation&gt; | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| | | | Total for Priority 200: 100% Paid | $314.04 | $314.04 | $314.04 | $0.00 | $0.00 |
| | | | Total for Admin Ch. 7 Claims: | $314.04 | $314.04 | $314.04 | $0.00 | $0.00 |
| **Priority Claims:** | | | | | | | | |
| 5 | 09/27/10 | 570 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114<br>&lt;5800-00 Claims of Governmental Units&gt;<br>*CHECK RETURNED - NO TAX LIABILITY | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | Priority 570: 0% Paid | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 07/09/10 | 610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 1,324.74 | 1,324.74 | 0.00 | 1,324.74 | 11.48 |
| 2 | 07/15/10 | 610 | Lake Health Physicians Group<br>P.O. Box 714328<br>Columbus, OH 43271<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 25.81 | 25.81 | 0.00 | 25.81 | 0.22 |
| 3 | 07/24/10 | 610 | KeyBank National Association<br>PO Box 94968<br>Cleveland, OH 44101<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 34,417.98 | 34,417.98 | 0.00 | 34,417.98 | 298.02 |
| 4 | 07/24/10 | 610 | KeyBank National Association<br>PO Box 94968<br>Cleveland, OH 44101<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 3,912.92 | 3,912.92 | 0.00 | 3,912.92 | 33.88 |
| 6 | 09/28/10 | 610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 4,290.59 | 4,290.59 | 0.00 | 4,290.59 | 37.15 |

[Stamp: FILED 2011 JAN 10 PM 3:06 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON]

[Handwritten: ck # 111  receipt # 82043]

# Claims Distribution Register

## Case: 10-52045 BOULIS, ROGER & JANET

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 09/28/10 | 610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00  General Unsecured § 726(a)(2)> | 29,226.99 | 29,226.99 | 0.00 | 29,226.99 | 253.07 |
| 8 | 09/28/10 | 610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00  General Unsecured § 726(a)(2)> | 5,125.22 | 5,125.22 | 0.00 | 5,125.22 | 44.38 |
| 9 | 10/01/10 | 610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)> | 896.47 | 896.47 | 0.00 | 896.47 | 7.76 |
| | | | **Total for Priority 610:   0.86588% Paid** | **$79,220.72** | **$79,220.72** | **$0.00** | **$79,220.72** | **$685.96** |
| | | | **Total for Unsecured Claims:** | **$79,220.72** | **$79,220.72** | **$0.00** | **$79,220.72** | **$685.96** |
| | | | **Total for Case :** | **$84,534.76** | **$79,534.76** | **$314.04** | **$79,220.72** | **$685.96** |